UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STACEY HOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:10CV742 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff Stacey Holden's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles who filed his Report and Recommendation on June 15, 2011. Judge Buckles recommended that the Commissioner's decision to deny benefits should be reversed and that this case should be remanded for further proceedings. Judge Buckles found that the Administrative Law Judge "failed to consider and properly evaluate all of the relevant evidence in making his determination that plaintiff was not under a disability at any time through the date of the decision."

Any objections to Judge Buckles' Report and Recommendation had to be filed by June 29, 2011. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Frederick R. Buckles [#22] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C. § 405(g), the

decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings in accordance with the Report and Recommendation.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of July, 2011.